UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| CHRISTOPHER ALAN LUMPKINS, | ) | Case No. 15-60785-RBC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| dba WELLS FARGO DEALER SERVICES | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALAN LUMPKINS and | ) | |
| HERBERT L. BESKIN, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER GRANTING RELIEF FROM STAY

At Charlottesville, in said District, this 4th day of June, 2015.

The matter before the Court is the motion of Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, ("Wells Fargo") for relief from the automatic stay provisions of 11 U.S.C. § 362 as they pertain to property described as a 2006 Ford Expedition XLT, VIN 1FMFU16566LA87526 (the "Collateral"). Upon opportunity for interested parties to be heard, and an agreement among the parties, and good cause shown, it is hereby

ORDERED

that Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, hereby is relieved from the automatic stay provisions of 11 U.S.C. § 362 as they pertain to the above-described property. It is further

ORDERED

that any amended unsecured claim for a deficiency (which claim must include documents proving that it has liquidated its collateral and applied the proceeds of sale in accordance with applicable state law) must be filed by the Movant within 180 days from the date on which the order lifting stay is entered, or such claim against the bankruptcy estate shall be forever barred.

It is further

ORDERED

that the additional fourteen-day stay of Bankr. R. 4001(a)(3) shall not apply to this Order.

Nothing further remaining to be done, this matter is deemed closed, and is stricken from the Court's docket.

The Clerk is directed to attest copies of this Order to counsel for Movant, who shall comply with Local Rules regarding service.

Date: 6/4/15

_____
United States Bankruptcy Judge

REQUESTED:
WELLS FARGO BANK, N.A.,
dba WELLS FARGO DEALER SERVICES

By: /s/ Andrew S. Goldstein
     Of Counsel
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
Andrew S. Goldstein, Esq. (VSB #28421)
Garren R. Laymon, Esq. (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, Virginia  24003-0404
(540) 343-9800
(540) 343-9898 Fax


SEEN:
CHRISTOPHER ALAN LUMPKINS

By:  /s/ Robert S. Stevens                (By Andrew S. Goldstein with permission)
     Of Counsel
Robert S. Stevens, Esquire
Virginia State Bar No. _____
501 Grove Avenue
Charlottesville, Virginia 22902
(434) 973-5012



 /s/ Herbert L. Beskin                    (By Andrew S. Goldstein with permission)
Herbert L. Beskin
Chapter 13 Trustee